# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DAVIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JERROLD B. CARRINGTON, an individual; SCAH INVESTMENTS, LLC; PREQUEL, LLC and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV11-00818 SJO (AGRx)<br><br>**FINAL JUDGMENT AGAINST JERROLD B. CARRINGTON** |

    This Stipulated Final Judgment ("Judgment") is entered into by and between plaintiff Albert Davis, on the one hand, and defendant Jerrold B. Carrington, on the other hand.  The parties having stipulated to the entry of the following Judgment, and good cause appearing for the entry thereof:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.    This Court has jurisdiction over the parties and the subject matter of this action.

2. Judgment is hereby entered in favor of plaintiff Albert Davis and against defendant Jerrold B. Carrington in the amount set forth below.

3. Defendant Carrington shall pay to Mr. Davis in certified funds the sum of seventy eight thousand dollars ($78,000) plus interest, 60% of which shall be made payable to Mr. Davis and 40% of which shall be made payable to A. F. Davis Law, within five (5) days of the entry of this Judgment; interest shall accrue at the rate of 10% from July 23, 2012 until the date Defendant Carrington fully pays Mr. Davis the entire amount of this judgment.

4. The Court retains jurisdiction to the extent necessary to enforce this Judgment and to determine any issues which may arise concerning this Judgment.

5. Defendant Carrington waives any further findings of fact and conclusions of law and all right to appeal from this Judgment.

6. Each party shall bear is own costs and attorney's fees in connection with this Action, except as Ordered above; provided, however, in the event that either party to this Judgment files a motion to enforce or interpret the terms hereof, the prevailing party on such motion shall be entitled to recover his attorney's fees and costs incurred in connection with such motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **BY DEFENDANT:** | JERROLD B. CARRINGTON |
| DATED: July 23, 2012 | /s/ Jerrold B. Carrington |
| | |
| **BY PLAINTIFF:** | ALBERT DAVIS |
| DATED: July 23, 2012 | /s/ Albert F. Davis |

**IT IS SO ORDERED.**

DATED: August 28, 2012

_____
Hon. S. James Otero
United States District Judge